UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MELISSA REYNOLDS, <br><br> Plaintiff(s), <br><br> -against- <br><br> WARSHAW LAW FIRM, LLC and DAVID B. WARSHAW, ESQ., and JOHN DOES 1-25 <br><br> Defendant(s). | Civil Case No.: 3:17-cv-08359 MAS-LHG <br><br> **NOTICE OF SETTLEMENT** |

Please be advised that the above-captioned matter has been settled and a Notice of Voluntary Dismissal will be filed shortly.

Dated: November 8, 2017

*/s/ Joseph K. Jones*
Joseph K. Jones, Esq.
JONES, WOLF & KAPASI, LLC
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile
jkj@legaljones.com
*Attorneys for Plaintiff*