## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MELISSA REYNOLDS,

Civil Case No.: 3:17-cv-08359 MAS-LHG

Plaintiff,

**NOTICE OF VOLUNTARY
DISMISSAL
WITH PREJUDICE**

-against-

WARSHAW LAW FIRM, LLC and DAVID
B. WARSHAW, ESQ., and JOHN DOES 1-25.
Defendant.

**PLEASE TAKE NOTICE** that the Plaintiff through her attorney, Joseph K, Jones, Esq., pursuant to Rule 41 of the Federal Rules of Civil Procedure, does hereby withdraw her action with prejudice against WARSHAW LAW FIRM, LLC and DAVID B. WARSHAW, ESQ.. This Court will retain jurisdiction for the purpose of enforcing the terms of the settlement agreement of the parties.

Dated: December 5, 2017

/s/ Joseph K. Jones

JONES, WOLF & KAPASI, LLC
Joseph K. Jones, Esq.
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile

*Attorneys for Plaintiff*

So Ordered this 6th day of December, 2017

Hon. Michael Shipp, USDJ